UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-21910-CIV-MORENO**

YVIRA BAEZ,

    Plaintiff,

vs.

POTAMKIN HYUNDAI, INC.,

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION; ORDER ON MOTIONS FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendant's Motion for Final Summary Judgment **(D.E. 61)**, filed on **November 26, 2010**, and on Plaintiff's Motion for Partial Summary Judgment **(D.E. 63)**, filed on **November 29, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. 90)** on **June 14, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. 90)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant's Motion for Final Summary Judgment **(D.E. 61)** is GRANTED.

(2)    Plaintiff's Motion for Partial Summary Judgment **(D.E. 63)** is DENIED.

(3)    Plaintiff's Second Amended Complaint is dismissed with prejudice and this case CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record